RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:  650-289-9088
Facsimile:   650-289-9093
price@civlit.com

Attorneys for Plaintiff
STEVEN NERAYOFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NERAYOFF,<br><br>Plaintiff,<br><br>v.<br><br>RAGER, BELL, DOSKOCIL and MEYER, BRAD DOSKOCIL,<br><br>Defendants. | Case No.: C-07-03101 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June ___, 2007

RICE & BRONITSKY

By: _____
Paul E. Rice
Attorneys for Plaintiff
Steven Nerayoff