UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Nerayoff,<br><br>    Plaintiff,<br><br>  v.<br><br>Rager, Bell, Doskocil and Meyer, et.al.,<br><br>    Defendants.<br>_____/ | No. C07-03101<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

  PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 18, 2007 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **September 24, 2007 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 17, 2007.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated:  June 15, 2007           RICHARD W. WIEKING, Clerk
                       United States District Court


                       /s/*Patty Cromwell*
                      By: Patty Cromwell
                      Courtroom Deputy Clerk for
                      Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Paul E. Rice    price@civlit.com, smoody@civlit.com

**United States District Court**
For the Northern District of California