# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



STEVEN NERAYOFF

V.

RAGER, BELL, DOSKOCIL and MEYER, BRAD DOSKOCIL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 03101 HRL

TO: (Name and address of defendant)

Rager, Bell, Doskocil and Meyer
970 W 190th Street, Suite 870
Torrance, CA 90502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul E. Rice
RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-13-07

(BY) DEPUTY CLERK

Sandy Morris