UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN NERAYOFF,

        Plaintiff(s),

v.

RAGER, BELL, DOSKOCH AND MEYER, BRAD DOSKOCH,

        Defendant(s).

_____/

No. C 07-03101 JW

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 24, 2007 at 10:00 AM, has been reset to **October 15, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Parties shall file a joint Case Management Statement by October 5, 2007.

Dated: September 7, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy