1  RICE & BRONITSKY
   Paul E. Rice (State Bar No. 062509)
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA 94306
3  Telephone:  650-289-9088
   Facsimile:   650-289-9093
4  price@civlit.com

5

   Attorneys for Plaintiff
6  STEVEN NERAYOFF

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12 | **STEVEN NERAYOFF,**              | Case No.: C-07-03101 JW
13 |          Plaintiff,               | **DECLARATION OF SERVICE**
14 |     v.                            |
15 | **RAGER, BELL, DOSKOCIL and MEYER, BRAD DOSKOCIL,** |
16 |          Defendants.              |

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA  94306
(650) 289-9088

1

Declaration of Service
Case No.  C-07-03101 JW

| | |
|---|---|
| *Attorney of Party with out Attorney:* | *Telephone No.:* |
| Paul E. Rice - #62509 | (650) 289-9088 |
| The Law Office of Rice & Bronitsky | Fax (650) 289-9093 |
| 350 Cambridge Ave Ste 225 | |
| Palo Alto, CA 94306 | |
| *Attorney for (Name):* Steven Nerayoff | *For Court Use Only:* |

*Insert name of court, and judicial district and branch court if any:*
United States District Court - Northern District of California

SHORT TITLE OF CASE:
Steven Nerayoff V. Rager, Bell, Doskocil and Meyer, Brad Doskocil

| PROOF OF SERVICE | HEARING DATE | TIME: | CASE NUMBER: |
|---|---|---|---|
| (Summons in a civil case) | | | C 07-03101 JW |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies of the:** Summons, Complaint, Notice of Reassignment Order, Clerks notice, General Order, Standing Order regarding Case Management in civil cases

2. A. Party Served: Brad Doskocil
   B. Person Served: Maria Yost Co-Worker
   C. Address: 400 Oceangate Avenue
   Long Beach CA 90802

3. Manner served in compliance of with
   A. California Code of civil Procedure

4. I served the party named in item 2
   B. By Substituted service by leaving copies (business) or person in charge of the office or place of business at least 18 years of age who was informed of the general nature of business
      (1) On: October 5, 2007
      (2) At: 2:10 PM
   C. by mailing Copies of documents
      (1) On October 5, 2007
      (2) From Los Angeles
   D. Attached is a declaration of due diligence

5. Person serving:
   Jeff Levine
   Ace Process Service
   5981 W. 76th Street
   Los Angeles, Ca 90045
   310/641-8864

   Recoverable Costs Per CCP 1033.5(a)(4)(b)
   a. Fee for service: $235.00
   d. Registered
      California process server
      (2) Registration No.: 2655
      (3) County: Los Angeles

6. I **declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 8, 2007                    _____ (Signature)

Declaration of Diligence on Brad Doskocil

1. Documents Summons, Complaint, Notice of Reassignment Order, Clerks notice, General Order, Standing Order regarding Case Management in civil cases.

2. I Jeff Levine, and any employees or independent contractors retained by Ace Process Service are and were on the dates mentions heron over the age of eighteen years and not a party to this action. Personal service was attempted on the defendant Brad Doskocil

Address #1 Business 400 Oceangate Avenue Long Beach CA 90802

| Date: | Time: | Results |
|---|---|---|
| 09/28/07 | 1:05 PM | #1 Not in this attempt |
| 10/01/07 | 4:31 PM | #1 Not in this attempt |
| 10/03/07 | 9:30 AM | #1 Not in this attempt |
| 09/29/07 | 6:07 AM | #1 Sub-Served Documents Maria Yost Co-worker |
| 09/29/07 | | Mailed Copy of documents to Brad Doskocil |

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 8, 2007                                              _____
                                                                          (Signature)

#Jud. coun. form, rule 982(a)(23)