1  RICE & BRONITSKY
   Paul E. Rice (State Bar No. 062509)
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA 94306
3  Telephone:   650-289-9088
   Facsimile:   650-289-9093
4  price@civlit.com

5

   Attorneys for Plaintiff
6  STEVEN NERAYOFF

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **SAN JOSE DIVISION**

11

12 | **STEVEN NERAYOFF,**                    | Case No.: C-07-03101 JW
13 |        Plaintiff,                       | **DECLARATION OF SERVICE**
14 |     v.                                  |
15 | **RAGER, BELL, DOSKOCIL and MEYER, BRAD DOSKOCIL,** |
16 |                                         |
17 |        Defendants.                      |

Attorney of Party with out Attorney:
Paul E. Rice - #62509
The Law Office of Rice & Bronitsky
350 Cambridge Ave Ste 225
Palo Alto, CA 94306

Telephone No.:
(650) 289-9088
Fax (650) 289-9093

For Court Use Only:

Attorney for (Name): Steven Nerayoff

Insert name of court, and judicial district and branch court if any:
United States District Court - Northern District of California

SHORT TITLE OF CASE:
Steven Nerayoff V. Rager, Bell, Doskocil and Meyer, Brad Doskocil

PROOF OF SERVICE
(Summons in a civil case)

HEARING DATE

TIME:

CASE NUMBER:
C 07-03101 JW

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the: Summons, Complaint, Notice of Reassignment Order, Clerks notice, General Order, Standing Order regarding Case Management in civil cases

2. A. Party Served:     Rager, Bell, Doskocil and Meyer
   B. Person Served:    John Rager Partner
   C. Address:          818 West 7th Street
                        Los Angeles CA 90017

3. Manner served in compliance of with
   A. California Code of civil Procedure

4. I served the party named in item 2
   A. By personally delivering the copies
      (1) On: October 4, 2007
      (2) At: 9:10 PM

5. Person serving:
   Jeff Levine
   Ace Process Service
   5981 W. 76th Street
   Los Angeles, Ca 90045
   310/641-8864

Recoverable Costs Per CCP 1033.5(a)(4)(b)
a. Fee for service: $235.00
d. Registered
   California process server
   (2) Registration No.: 2655
   (3) County: Los Angeles

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 8, 2007

_____
(Signature)