IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Nerayoff,<br><br>              Plaintiff,<br><br>   v.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>              Defendants.                         / | No. C 07-03101 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is presently scheduled for a Case Management Conference on October 15, 2007. However, since Defendants were just served on October 5, 2007, the Court continues the conference to **November 19, 2007 at 10:00 A.M.**, in Courtroom No. 8, on the 4th floor U.S. Courthouse, 280 South First Street, San Jose, California. Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Statement by **November 9, 2007.**

Plaintiff shall serve copies of this Order on Defendants.

Dated: October 11, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Paul E. Rice price@civlit.com

**Dated: October 11, 2007**              **Richard W. Wieking, Clerk**

                                                             **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**