IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steven Nerayoff,<br><br>   Plaintiff,<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>   Defendants. | Case No.: C 07-03101 JW<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

NOW COME the parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell, Doskocil and Meyer ("RBDM") and Brad Doskocil ("Defendants") (all parties herein are collectively referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above referenced matter, state as follows.

1. Defendant RBDM was served with the Summons and Complaint in this matter on or about October 4, 2007 and its response is due October 24, 2007.

2. Defendant Brad Doskocil, CPA was served with the Summons and Complaint in this matter on or about October 5, 2007 and his response is due October 25, 2007.

3. Defendants RBDM and Brad Doskocil appear specially before the Court in this Joint Stipulated Request for the sole purpose stated herein and do not waive any and all objections

---
**STIPULATION AND [PROPOSED] ORDER**

that may be asserted as to venue or other matters. Further, this stipulation is entered into and the special appearance is made without any prejudice to Defendants ability to bring a motion to dismiss this action and/or to bring a motion for an order transferring this action on the grounds that venue in the Northern District is improper.

4. The Parties to the above-referenced matter have informally discussed preliminary matters regarding possible change of venue and tolling agreements, and believe that these matters may be resolved by the Parties before an appearance is required by the Defendants.

5. Further investigation into the facts, circumstances, and issues in this case merit an extension of time for Defendants to respond to the Complaint.

## STIPULATION

1. The parties hereby stipulate and jointly request that the date for Defendants to respond to the Complaint be extended pursuant to <u>Federal Rules of Civil Procedure</u> 6 and Civil Local Rule 6-2 to November 9, 2007;

2. Plaintiff's reply to Defendants' responses to the Complaint and to any motions therein shall be due on December 9, 2007;

///

///

3. Any requirements under Rule 26 are similarly continued for 15 days.

DATED: October 24, 2007

CHAPMAN, GLUCKSMAN & DEAN
A Professional Corporation

By: _____
Stephanie Sessions Perkins
Attorneys for Specially Appearing Defendants,
RBDM Rager Meyers Accountancy Corporation and
Brad Doskocil, CPA

DATED: October 25, 2007

**RICE & BRONITSKY**

By: _____
Paul E. Rice, Esq.
Attorney for Plaintiff, Steven Nerayoff

///

///

---

**STIPULATION AND [PROPOSED] ORDER**

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED:** |
| 2 | |
| 3 | DATED: October __, 2007 |
| 4 |                                               The Honorable James Ware<br>JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

STIPULATION AND [PROPOSED] ORDER