**Stephanie Sessions Perkins • Bar No. 131462**
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
11900 West Olympic Boulevard, Suite 800
Los Angeles, CA 90064-0704
(310) 207-7722 FAX (310) 207-6550

Attorneys for Defendant, Rager, Bell, Doskocil, and Meyer
and Brad Doskocil, CPA, appearing specially

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steven Nerayoff,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>　　　　Defendants. | Case No.: C 07-03101 JW<br><br>**DECLARATION OF STEPHANIE SESSIONS PERKINS**<br><br>[FILE CONCURRENTLY WITH AND IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT] |

### DECLARATION OF STEPHANIE SESSIONS PERKINS

I, STEPHANIE SESSIONS PERKINS, declare:

1.  I am Senior Counsel with law firm of Chapman, Glucksman & Dean, attorneys of record for specially appearing defendants RBDM Rager Meyer Accountancy Corp. ("RBDM") and Brad Doskocil, CPA (RBDM and Brad Doskocil are herein collectively referred to as "Defendants").

1

**DECLARATION OF STEPHANIE SESSIONS PERKINS IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1 | If called upon to testify, I could and would competently testify to the following under oath.

2\. Defendant RBDM was served with the Summons and Complaint in this matter on or about October 4, 2007 and its response is due pursuant to Stipulation and Order by November 9, 2007.

3\. Defendant Brad Doskocil, CPA was served with the Summons and Complaint in this matter on or about October 5, 2007 and his response is due pursuant to Stipulation and Order by November 9, 2007.

4\. Counsel for Defendants and Plaintiff, Steven Nerayoff ("Plaintiff"), are currently working towards non-judicial resolution of issues relative to venue and a potential tolling agreement pending the outcome of Plaintiff's dispute pending in the United States Tax Court and/or with the Internal Revenue Service out of which these matters arise. Counsel for Defendants and Plaintiff, are evaluating the judicial efficiency of proceeding with this action, regardless of venue, pending the outcome of the above-referenced United States Tax Court and/or with the Internal Revenue Service matters.

3\. Further investigation into the facts, circumstances, and issues in this case promotes judicial economy and merits a continuance of 1) the Case Management Conference to December 19, 2007; 2) the filing of the Joint Case Management Statement to December 9, 2007; and Defendants' deadline to respond to the Complaint to December 9, 2007.

4\. I have discussed the scheduling and other issues presented in this Joint Stipulation with Paul E. Rice, counsel for Plaintiff. Counsel for all parties join in this request for a continuance of the Case Management Conference, the deadline to file the Joint Case Management Conference Statement and the deadline for Defendants to respond to the Complaint.

5\. A previous extension of time to respond to the Complaint was sought in this case and granted affording Defendants until November 9, 2007 to file responsive pleadings. This extension did not afford the parties to this request for an extension of existing deadlines, sufficient time to

2

**DECLARATION OF STEPHANIE SESSIONS PERKINS IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

investigate and resolve certain matters informally, the result of which may reduce the burden to the court.

  6. If the order the parties propose is granted, the requested continuance would have the following effect on the schedule for this case:

    (a) The date of the Case Management Conference would be continued to December 19, 2007.

    (b) The date of filing of Defendants' and Plaintiff's Joint Case Management Statement would be continued to December 9, 2007.

    (c) The deadline for Defendants' response to the Complaint would be December 9, 2007.

  I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed in Sacramento, California on this 7 day of November 2007.

_____
Stephanie Sessions Perkins, Esq.

3

**DECLARATION OF STEPHANIE SESSIONS PERKINS IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**