(SPACE BELOW FOR FILING STAMP ONLY)

Stephanie Sessions Perkins - Bar No. 131462
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD
SUITE 800
P.O. BOX 64704
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX (310) 207-6550

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

Attorneys for Defendant, Rager, Bell, Doskocil, and Meyer and Brad Doskocil, CPA, Appearing Specially

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steve Nerayoff, <br><br> Plaintiff(s), <br><br> vs. <br><br> Rager, Bell, Doskocil and Meyer, et al., <br><br> Defendant(s). | CASE NO.: C 07-03101 JW <br><br> 1. JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSE DATE <br><br> 2. DECLARATION OF STEPHANIE SESSIONS PERKINS IN SUPPORT THEREOF [FILED CONCURRENTLY HEREWITH] <br><br> 3. [~~PROPOSED~~] ORDER |

**STIPULATION AND [~~PROPOSED~~] ORDER**

NOW COME the Parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell, Doskocil and Meyer ("RBDM") and Brad Doskocil ("Doskocil")(all parties herein are collectively referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above-referenced matter, state as follows:

1.  Defendants RBDM and Brad Doskocil appear specially before the Court in this Joint Stipulation and Request for the sole purpose stated herein and do not waive any and/or all

-1-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

1  objections that may be asserted as to venue. Further this stipulation is entered into and this special
2  appearance is made by RBDM and/or Doskocil's without any prejudice to RBDM and/or
3  Doskocil's ability to bring a motion to dismiss this action and/or to bring a motion for an Order
4  dismissing and/or transferring this action on the grounds that venue in the Northern District is
5  improper.

6      2.    The parties enter this stipulation and seek a continuance of the 1) deadline to file
7  the Joint Case Management Conference Statement currently due to be filed on November 9, 2007;
8  2) Case Management Conference currently scheduled for November 19, 2007; and 3) RBDM's
9  and Doskocil's deadline to respond to the Complaint currently scheduled for November 9, 2007.
10 This stipulation is entered into on the grounds that a) Defendant's RBDM and Doskocil were only
11 recently served with the Summons and Complaints and have not yet appeared; b) the Parties are
12 jointly investigating the facts and circumstances upon which this action is predicated in an effort
13 to informally resolve issues regarding venue and pursue possible tolling agreements pending the
14 outcome of related matters pending in the United States Tax Court and/or with the Internal
15 Revenue Service.

16     3.    Therefore, further investigation into the facts, circumstances, and issues in this case
17 merit a continuance of the case management conference to December 19, 2007 and an extension
18 of time for Defendants to respond to the Complaint to December 9, 2007. Such time will afford
19 the Parties a reasonable period of time to investigate the above-referenced matters to minimize
20 the burden on the Court and, if they are not able to resolve these matters informally, to properly
21 respond and/or take other action to insure prompt and efficient resolution of this matter.
22 ///
23 ///

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

## STIPULATION

The Parties hereby stipulate and jointly request that:

1. The date for the Case Management conference is continued to **December 17, 2007 at 10 am.** and the deadline for the Parties' Joint Case Management Statement is continued to **December 7, 2007.**

2. The date for RMDM's and Dockocil's responses to the Complaint shall be extended to **December 7, 2007.**

3. The Parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: November__, 2007                CHAPMAN, GLUCKSMAN & DEAN
                                       A Professional Corporation

                                       By:_____
                                             Stephanie Sessions Perkins, Esq.
                                       Attorneys for Specially Appearing Defendants
                                       RBDM Rager Meyers Accountancy Corporation
                                       and Brad Doskocil, CPA

DATED: November__, 2007                RICE & BRONITSKY
                                       A Professional Corporation

                                       By:_____/s/_____
                                             Paul E. Rice, Esq.
                                       Attorneys for Plaintiff, Steven Nerayoff

-3-

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED AS MODIFIED.**

2

3  DATED: November 13, 2007                 *[signature: James Ware]*

4                                            The Honorable James Ware
                                              JUDGE OF THE UNITED STATES DISTRICT
5                                            COURT FOR THE NORTHERN DISTRICT OF
                                              CALIFORNIA
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28