# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

STEVEN NERAYOFF

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  C-07-03101 JW

V.

RAGER, BELL, DOSKOCIL and MEYER; ROSSI
DOSKOCIL & FINKELSTEIN, LLP; and BRAD
DOSKOCIL

TO: (Name and address of defendant)

Rossi Doskocil & Finkelstein
400 Oceangate, Suite 1000
Long Beach, CA  90802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul E. Rice
RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA  94306

an answer to the complaint which is herewith served upon you, within ᴄᵁ    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE____ NOV 2 1 2007 ____

CINDY VARGAS

(BY) DEPUTY CLERK