RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:  650-289-9088
Facsimile:   650-289-9093
price@civlit.com

Attorneys for Plaintiff
STEVEN NERAYOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NERAYOFF,<br><br>  Plaintiff,<br><br>v.<br><br>RAGER, BELL, DOSKOCIL and MEYER, BRAD DOSKOCIL,<br><br>  Defendants. | Case No.: C-07-03101 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  December 17, 2007<br>Time:  10:00 a.m.<br>Ctrm.: 8, 4th Floor |

**1. Jurisdiction and Service.**

Pursuant to 28 USC § 1332, the Court has diversity jurisdiction over the claims in Plaintiff's Complaint. There are no issues of personal jurisdiction or service of process. Neither Defendant has yet filed a response to Plaintiff's Complaint. Pursuant to the Court's Order of November 2, 2007, Defendants have until December 9, 2007, to file their response.

**2. Facts.**

(a) Plaintiff's claim.

Plaintiff claims that Defendant Brad Doskocil ("Doskocil"), a CPA, who was an employee of Defendant Rager, Bell, Doskocil and Meyer ("Rager") did not meet the applicable standard of care with respect to an Internal Revenue Service audit of Plaintiff's income tax return.

(b) Defendants' Defenses.

Although Defendants have not yet filed a response to the Complaint, Defendants contend that they met the applicable standard of care, and caused no damage.

**3. Legal Issues.**

See No. 2 above. The fact that the underlying IRS audit and related issues have not yet resolved makes it difficult to assess liability and damages in the present case.

**4. Motions.**

No motions have been filed. Defendants anticipate filing a motion to change venue and possibly a motion to dismiss. It is premature to anticipate what other motions may be filed.

**5. Amendment of Pleadings.**

Based upon information recently provided to Plaintiff by Defendants, Plaintiff added the firm of Rossi, Doskocil and Finklestein as a named Defendant.

**6. Evidence Preservation.**

Counsel have advised their respective clients to take all appropriate steps to preserve evidence.

**7. Disclosure.**

Not applicable.

**8. Discovery.**

None.

**9. Class actions.**

Not applicable.

**10. Related cases.**

None specifically known, although Plaintiff may make a claim in the bankruptcy court against Jenkens & Gilchrist, debtors.

**11. Relief sought.**

It is impossible for Plaintiff to compute the amount of his damages, as the IRS audit has not been completed. However, Plaintiff anticipates that his damages will be in the millions of dollars.

**12. Settlement and ADR.**

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

The parties are unable to determine the prospects for settlement. It is premature to select an appropriate ADR plan.

**13. Consent to Magistrate Judge for all purposes.**

The parties do not consent to referral to a magistrate judge for all purposes.

**14. Other references.**

This case does not appear to be suitable for other reference.

**15. Narrowing of issues.**

Although it is premature to determine this, the parties are open to an attempt to narrow issues.

**16. Expedited schedule.**

An expedited schedule is not appropriate.

**17. Scheduling.**

As Defendants have not yet filed a responsive pleading, and as Plaintiff intends to bring in a new Defendant, it is premature to make such a determination. Plaintiffs have proposed a tolling agreement and a dismissal of the case without prejudice. Defendants are assessing the appropriateness of such.

**18. Trial.**

Plaintiff contends that the trial will take approximately seven to ten court days. Defendants anticipate that the expected length of trial will be approximately seven to twenty-one court days, depending upon the outcome of the underlying IRS audit and related matters.

**19. Disclosure of Non-party Interested Entities or Persons.**

As Plaintiff is an individual, no certification is required. Defendant Rager anticipates filing a Certification contemporaneous with the filing of its responsive pleading.

**20. Other matters.**

No such matters are known at this time.

//
//
//
//

1  DATED: 12/13/07        **RICE & BRONITSKY**

2

3              By: _____/s/_____
                   Paul E. Rice
4                  Attorney for Plaintiff Steven Nerayoff

5

6

7  DATED: 12/13/07        **CHAPMAN, GLUCKSMAN & DEAN**
                          A Professional Corporation
8

9
              By: _____[signature]_____
10                 Stephanie Sessions Perkins
                   Attorneys for Rager, Bell, Doskocil and Meyers and Brad
11                 Dosckocil, CPA

**RICE & BRONITSKY**
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088