(SPACE BELOW FOR FILING STAMP ONLY)

Stephanie Sessions Perkins - Bar No. 131462
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD
SUITE 800
P.O. BOX 64704
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX (310) 207-6550

Attorneys for Defendant, Rager, Bell, Doskocil, and Meyer and Brad Doskocil, CPA, Appearing Specially

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steve Nerayoff,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>    Defendant(s). | CASE NO.: C 07-03101 JW<br><br>1. JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSE DATE<br><br>2. DECLARATION OF STEPHANIE SESSIONS PERKINS IN SUPPORT THEREOF [FILED CONCURRENTLY HEREWITH]<br><br>3. [PROPOSED] ORDER |

### STIPULATION AND [PROPOSED] ORDER

NOW COME the Parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell, Doskocil and Meyer ("RBDM"), Rossi, Doskocil & Finkelstein, LLP ("RDF") and Brad Doskocil ("Doskocil")(all parties herein are collectively referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above-referenced matter, state as follows:

///

-1-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

1. Defendants RBDM, RDF and Brad Doskocil appear specially before the Court in this Joint Stipulation and Request for the sole purpose stated herein and do not waive any and/or all objections that may be asserted as to venue. Further this stipulation is entered into and this special appearance is made by RBDM, RDF and/or Doskocil's without any prejudice to RBDM, RDF and/or Doskocil's ability to bring a motion for an order dismissing this action and/or transferring this action on the grounds that venue in the Northern District is improper.

2. The parties enter this stipulation and seek a continuance of the 1) deadline to file the Joint Case Management Conference Statement previously due to be filed on December 10, 2007; 2) Case Management Conference currently scheduled for December 17, 2007; and 3) RBDM's, and Doskocil's deadline to respond to the First Amended Complaint currently scheduled for December 20, 2007 and RDF's response the First Amended Complaint currently scheduled for December 24, 2007. No Defendants have appeared in this action. This stipulation is entered into on the grounds that a) Defendants were only recently served with the Summons and First Amended Complaint and have not yet appeared; b) Defendant RDF was only recently added as a named Defendant in this action; b) the Parties continue in their joint efforts to investigate the facts and circumstances upon which this action is predicated in an effort to informally resolve issues regarding venue and pursue possible tolling agreements pending the outcome of related matters pending in the United States Tax Court and/or with the Internal Revenue Service.

3. Therefore, further investigation into the facts, circumstances, and issues in this case merit a continuance of the case management conference to January 8, 2007 and an extension of time for all Defendants to respond to the Complaint to January 8, 2008. Such time will afford the Parties a reasonable period of time to investigate the above-referenced matters to minimize the burden on the Court and, if they are not able to resolve these matters informally, to properly respond to the newly served First Amended Complaint and/or take other action to insure prompt and efficient resolution of this matter.

///

///

## STIPULATION

The Parties hereby stipulate and jointly request that:

1. The date for the Case Management conference is continued to January 8, 2008 and that the deadline for the Parties' Joint Case Management Statement is continued to January 2, 2008 .

2. The date for RBDM's, RDF's and Doskocil's responses to the First Amended Complaint shall be extended to January 8, 2008.

///

///

-3-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

3. The Parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: December__, 2007

CHAPMAN, GLUCKSMAN & DEAN
A Professional Corporation

By:_____
Stephanie Sessions Perkins, Esq.
Attorneys for Specially Appearing Defendants
RBDM Rager Meyers Accountancy Corporation and
Specially and Jointly for Defendant Brad Doskocil,
CPA

DATED: December 10, 2007

FARBSTEIN & BLACKMAN
A Professional Corporation

By:_____
John S. Blackman, Esq.
Attorneys for Specially Appearing Defendant Rossi,
Doskocil & Finkelstein and Specially and Jointly for
Defendant Brad Doskocil, CPA

DATED: December ___, 2007

RICE & BRONITSKY
A Professional Corporation

By:_____
Paul E. Rice, Esq.
Attorneys for Plaintiff, Steven Nerayoff

3. The Parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: December__, 2007

**CHAPMAN, GLUCKSMAN & DEAN**
A Professional Corporation

By:_____
Stephanie Sessions Perkins, Esq.
Attorneys for Specially Appearing Defendants RBDM Rager Meyers Accountancy Corporation and Specially and Jointly for Defendant Brad Doskocil, CPA

DATED: December__, 2007

**FARBSTEIN & BLACKMAN**
A Professional Corporation

By:_____
John S. Blackman, Esq.
Attorneys for Specially Appearing Defendant Rossi, Doskocil & Finkelstein and Specially and Jointly for Defendant Brad Doskocil, CPA

DATED: December 12, 2007

**RICE & BRONITSKY**
A Professional Corporation

By:_____
Paul E. Rice, Esq.
Attorneys for Plaintiff, Steven Nerayoff

-4-

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

3  DATED: December __, 2007

_____
The Honorable James Ware
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

-5-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND RESPONSE DATE; [PROPOSED] ORDER