(SPACE BELOW FOR FILING STAMP ONLY)

Stephanie Sessions Perkins - Bar No. 131462
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD
SUITE 800
P.O. BOX 64704
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX (310) 207-6550

Appearing Specially as Attorneys for Defendant RBDM Rager, Meyer Acountancy Corp. named as Rager, Bell, Doskocil and Meyer
and appearing specially and jointly as Attorneys for Defendant
Brad Doskocil, CPA,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steve Nerayoff,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>　　　　Defendant(s). | CASE NO.: C 07-03101 JW<br><br>DECLARATION OF STEPHANIE SESSIONS PERKINS<br><br>[FILED CONCURRENTLY WITH AND IN SUPPORT OF JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT] |

### DECLARATION OF STEPHANIE SESSIONS PERKINS

I, STEPHANIE SESSIONS PERKINS, declare:

1.     I am Senior Counsel with law firm of Chapman, Glucksman & Dean, attorneys of record for specially appearing defendants RBDM Rager Meyer Accountancy Corp. ("RBDM") and Brad Doskocil, CPA (RBDM and Brad Doskocil are herein collectively referred to as "Defendants"). If called upon to testify, I could and would competently testify to the following under oath.

2. Defendant RBDM was served with the Summons and First Amended Complaint in this matter on or about November 26, 2007 and its response is due December 17, 2007.

3. Defendant Brad Doskocil, CPA was served with the Summons and First Amended Complaint in this matter on or about November 26, 2007 and its response is due December 17, 2007.

4. Defendant Rossi, Doskocil & Finkelstein, LLP ("RDF") was recently named as a Defendant to the action and served with the Summons and First Amended Complaint on December 4, 2007 and its response is due December 24, 2007.

5. Counsel for Defendants and Plaintiff, Steven Nerayoff ("Plaintiff"), are currently working towards non-judicial resolution of issues relative to venue and a potential tolling agreement pending the outcome of Plaintiff's dispute pending in the United States Tax Court and/or with the Internal Revenue Service out of which these matters arise. Counsel for Defendants and Plaintiff, are evaluating the judicial efficiency of proceeding with this action, regardless of venue, pending the outcome of the above-referenced United States Tax Court and/or with the Internal Revenue Service matters.

6. Further investigation into the facts, circumstances, and issues in this case promotes judicial economy and merits a continuance of 1) the Case Management Conference to January 8, 2008; 2) the filing of the Joint Case Management Statement to January 2, 2008; and 3) Defendants' deadline to respond to the First Amended Complaint to January 8, 2007.

7. I have discussed the scheduling and other issues presented in this Joint Stipulation with Paul E. Rice, counsel for Plaintiff and John S. Blackman, counsel for RDF and jointly for Bard Doskocil. Counsel for all parties join in this request for a continuance of the Case Management Conference, the deadline to file the Joint Case Management Conference Statement and the deadline for Defendants to respond to the Complaint.

8. A previous extension of time to respond to the original Complaint was sought in this case and granted affording Defendants RBDM and Doskocil until December 7, 2007 to file responsive pleadings; however this date was mooted by the filing and service of the First

1  Amended Complaint. Defendants RBDM, RDF and Doskocil have not requested or been granted
2  any prior extensions to respond or otherwise plead to the First Amended Complaint. This
3  extension is being requested to afford the parties to this request sufficient time to investigate and
4  resolve certain matters informally, the result of which may reduce the burden to the court. In
5  addition, the naming of Defendant RDF has expanded the scope of needed investigation.

     9.     If the order the parties propose is granted, the requested continuance would have the following effect on the schedule for this case:

     (a) The date of the Case Management Conference would be continued to January 8, 2008.

     (b) The date of filing of Defendants' and Plaintiff's Joint Case Management Statement would be continued to January 2, 2008.

     (c) The deadline for all Defendants' response to the First Amended Complaint would be January 8, 2007.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed in Sacramento, California on this 13th day of December 2007.

_____
STEPHANIE SESSIONS PERKINS

-3-
DECLARATION OF STEPHANIE SESSIONS PERKINS