**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Nerayoff,<br><br>        Plaintiff,<br>  v.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>        Defendants.<br>                                      / | NO. C 07-03101 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      A case management conference is currently scheduled for December 17, 2007. The parties submitted a joint case management statement in which they indicated a potential dismissal of the action pending the results of an IRS audit. In light of the parties' representations, the Court continues the case management conference to **Monday, January 28, 2008 at 10 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement no later than ten (10) days before the date of the conference.

Dated: December 13, 2007

                                                          JAMES WARE<br>                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Paul E. Rice price@civlit.com
Stephanie Sessions Perkins sperkins@cgdlaw.com

**Dated:  December 13, 2007**                                   **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**