1  RICE & BRONITSKY
   Paul E. Rice (State Bar No. 062509)
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA 94306
3  Telephone:  650-289-9088
   Facsimile:  650-289-9093
4  price@civlit.com

5

   Attorneys for Plaintiff
6  STEVEN NERAYOFF

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN JOSE DIVISION**

11

12 | **STEVEN NERAYOFF,**            | Case No.: C-07-03101 JW
13 |        Plaintiff,               | **STIPULATION AND [PROPOSED]**
                                      | **ORDER CONTINUING CASE**
14 |        v.                       | **MANAGEMENT CONFERENCE**
15 | **RAGER, BELL, DOSKOCIL and MEYER,**
   | **BRAD DOSKOCIL,**
16 |                                 | **Date**: January 28, 2008
   |        Defendants.              | **Time**: 10:00 a.m.
17 |                                 | **Ctrm**.: 8, 4th Floor

18

19      COME NOW the parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell,

20 Doskocil and Meyer ("RBDM"), Rossi, Doskocil & Finkelstein, LLP ("RDF") and Brad Doskocil

21 ("Doskocil") (collectively the "Parties"), by and through their counsel of record and as a stipulation

22 in the above-referenced matter, state as follows:

23      1. Defendants RBDM, RDF and Doskocil appear specially before the Court in this

24 Stipulation for the sole purpose stated herein and do not waive any and/or all objections that may be

25 asserted as to venue.  Further, this Stipulation is entered into and this special appearance is made by

26 RBDM, RDF, and/or Doskocil without any prejudice to RBDM, RDF, and/or Doskocil's ability to

27 bring a motion for an order dismissing this action and/or transferring this action on the grounds that

28 venue in the Northern District is improper.

2. The Parties previously entered a Stipulation seeking a continuance of the Case Management Conference and the deadline for Defendants to respond to the Complaint. The Stipulation was filed on December 13, 2007. The Order granting the continuance was filed on December 14, 2007.

3. The Parties enter this Stipulation and seek a continuance of the Case Management Conference, currently scheduled for January 28, 2008, at 10:00 a.m., as Plaintiff's counsel is not available to appear on January 28, 2008, due to other court appearances scheduled for that date.

4. The Parties request that the Case Management Conference be continued to February 25, 2008, and that the deadline for filing the Joint Case Management Statement be continued to February 15, 2008.

5. The Parties stipulate that they be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: December 21, 2007   **RICE & BRONITSKY**

By: /s/ Paul E. Rice
Paul E. Rice
Attorney for Plaintiff Steven Nerayoff

DATED: December 21, 2007   **CHAPMAN, GLUCKSMAN & DEAN**
A Professional Corporation

By: /s/ Stephanie Sessions Perkins
Stephanie Sessions Perkins
Attorneys for Specially Appearing Rager, Bell, Doskocil and Meyers and Specially and Jointly Appearing Brad Dosckocil, CPA

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

1 | DATED: December 21, 2007     **FARBSTEIN & BLACKMAN**
  |                              A Professional Corporation

  | By:  /s/ John S. Blackman
  |      John S. Blackman
  |      Attorneys for Specially Appearing Defendant Rossi,
  |      Doskcocil & Finkelstein and Specially and Jointly Appearing
  |      Defendant Brad Dosckocil, CPA

Pursuant to Stipulation, **IT IS SO ORDERED.**

The Court notes that the matter has been continuiously moved on the Court's calendar. This is parties' last request for continuance.

Dated:  January 2, 2008

*/s/ James Ware*
JAMES WARE
United States District Judge

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA  94306
(650) 289-9088

3

Stipulation and [Proposed] Order Continuing Case Management Conference
Case No.  C-07-03101 JW