(SPACE BELOW FOR FILING STAMP ONLY)

Stephanie Sessions Perkins - Bar No. 131462
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD
SUITE 800
P.O. BOX 64704
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX (310) 207-6550

Attorneys for Defendant, Rager, Bell, Doskocil, and Meyer and Brad Doskocil, CPA, Appearing Specially

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steve Nerayoff,<br><br>Plaintiff(s),<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>Defendant(s). | CASE NO.: C 07-03101 JW<br><br>1. JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE TO FIRST AMENDED COMPLAINT<br><br>2. [PROPOSED] ORDER |

### STIPULATION AND [PROPOSED] ORDER

NOW COME the Parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell, Doskocil and Meyer ("RBDM"), Rossi, Doskocil & Finkelstein, LLP ("RDF") and Brad Doskocil ("Doskocil")(all parties herein are collectively referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above-referenced matter, state as follows:

1.  Defendants RBDM, RDF and Brad Doskocil appear specially before the Court in this Joint Stipulation and Request for the sole purpose stated herein and do not waive any and/or all objections that may be asserted as to venue. Further this stipulation is entered into and this

-1-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

1  special appearance is made by RBDM, RDF and/or Doskocil's without any prejudice to RBDM,
2  RDF and/or Doskocil's ability to bring a motion for an order dismissing this action and/or
3  transferring this action on the grounds that venue in the Northern District is improper.

4      2. The Parties enter this stipulation and seek a continuance of the deadline to file
5  their responsive pleadings to the First Amended Complaint previously due to be filed on January
6  8, 2008. The Parties seek an extension of RBDM, RDF and/or Doskocil's deadline to respond up
7  to and including January 29, 2008. This stipulation is necessitated in part because Plaintiff's
8  attorney, Paul Rice, has experienced a family emergency that has prevented the Parties from
9  completing negotiations and furthering their mutual investigation of the facts in the matter. No
10 Defendants have appeared in this action. This stipulation is entered into to permit Mr. Rice
11 additional time to attend to personal matters and allow the Parties to continue in their joint efforts
12 to investigate the facts and circumstances upon which this action is predicated in an effort to
13 informally resolve issues regarding venue and pursue possible tolling agreements pending the
14 outcome of related matters pending in the United States Tax Court and/or with the Internal
15 Revenue Service.

16      3. These unexpected circumstances coupled with the need for further investigation
17 into the facts, circumstances, and issues in this case merit a continuance of response date to the
18 First Amended Complaint to January 29, 2008. Such time will afford the Parties a reasonable
19 period of time to investigate the above-referenced matters to minimize the burden on the Court
20 and, if they are not able to resolve these matters informally, to properly respond to the recently
21 served First Amended Complaint and/or take other action to insure prompt and efficient resolution
22 of this matter.
23 ///
24 ///

## **STIPULATION**

The Parties hereby stipulate and jointly request that:

1. The date for RBDM's, RDF's and Doskocil's response to the First Amended Complaint shall be extended to January 29, 2008.

///

///

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

3. The Parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: January ___, 2008          CHAPMAN, GLUCKSMAN & DEAN
                                  A Professional Corporation


                                  By: /s/
                                  Stephanie Sessions Perkins, Esq.
                                  Attorneys for Specially Appearing Defendants
                                  RBDM Rager Meyers Accountancy Corporation and
                                  Specially and Jointly for Defendant Brad Doskocil,
                                  CPA

DATED: January ___, 2008          FARBSTEIN & BLACKMAN
                                  A Professional Corporation


                                  By: ___/s/___
                                  John S. Blackman, Esq.
                                  Attorneys for Specially Appearing Defendant Rossi,
                                  Doskocil & Finkelstein and Specially and Jointly for
                                  Defendant Brad Doskocil, CPA

DATED: January ___, 2008          RICE & BRONITSKY
                                  A Professional Corporation


                                  By: ___/s/___
                                  Paul E. Rice, Esq.
                                  Attorneys for Plaintiff, Steven Nerayoff

-4-
JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

2

3

DATED: January __, 2008

4

The Honorable James Ware
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER