1

(SPACE BELOW FOR FILING STAMP ONLY)

2

3
**Stephanie Sessions Perkins - Bar No. 131462**
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
**11900 W. OLYMPIC BOULEVARD**
**SUITE 800**
**P.O. BOX 64704**
**LOS ANGELES, CALIFORNIA 90064-0704**
**(310) 207-7722 • FAX (310) 207-6550**

4

5

6

7
Appearing Specially as Attorneys for Defendant RBDM Rager, Meyer Accountancy Corp.
named as Rager, Bell, Doskocil and Meyer

8
and appearing specially and jointly as Attorneys for Defendant
Brad Doskocil, CPA,

9

10

11
IN THE UNITED STATES DISTRICT COURT

12
FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14
Steve Nerayoff,                                   )        CASE NO.: C 07-03101 JW
                                                  )
15
              Plaintiff(s),                       )        DECLARATION OF STEPHANIE
                                                  )        SESSIONS PERKINS
16
vs.                                               )
                                                  )        [FILED CONCURRENTLY WITH AND IN
17
Rager, Bell, Doskocil and Meyer, et al. ,         )        SUPPORT OF JOINT STIPULATED
                                                  )        REQUEST FOR AN ORDER
18
              Defendant(s).                       )        CONTINUING CASE MANAGEMENT
                                                  )        CONFERENCE AND DEFENDANTS'
19
_____          )        DEADLINE TO RESPOND TO FIRST
                                                           AMENDED COMPLAINT]

20

21
### DECLARATION OF STEPHANIE SESSIONS PERKINS

22
         I, STEPHANIE SESSIONS PERKINS, declare:

23
         1.      I am Senior Counsel with law firm of Chapman, Glucksman & Dean, attorneys of

24
record for specially appearing defendants RBDM Rager Meyer Accountancy Corp. ("RBDM")

25
and Brad Doskocil, CPA (RBDM and Brad Doskocil are herein collectively referred to as

26
"Defendants").  If called upon to testify, I could and would competently testify to the following

27
under oath.

28

-1-

2.      Defendants RBDM, Rossi, Doskocil & Finkelstein, LLP ("RDF") and Brad Doskocil, CPA responses to the First Amended Complaint are due to be filed on January 8, 2007.

3.      Counsel for Defendants and Plaintiff, Steven Nerayoff ("Plaintiff"), are currently working towards non-judicial resolution of issues relative to venue and a potential tolling agreement pending the outcome of Plaintiff's tax case now in the United States Tax Court and/or with the Internal Revenue Service out of which these matters arise. Counsel for Defendants and Plaintiff, are evaluating the judicial efficiency of proceeding with this action, regardless of venue, pending the outcome of the above-referenced United States Tax Court and/or the Internal Revenue Service matters. However, discussions between the parties and their counsel regarding the same have been unexpectedly interrupted and/or delayed in part because Plaintiff's counsel, Paul Rice, has experienced a family emergency which has taken him away from the office and rendered him otherwise unable to attend to this matter.

4.      Judicial economy merits a continuance of Defendants' deadline to respond to the First Amended Complaint to January 29, 2007. This continuance will afford Mr. Rice time to attend to a family emergency and should also allow the parties sufficient time to complete their factual investigation and negotiations such that the action may be dismissed without prejudice prior to such date or, in the alternative, matters of venue may be fully evaluated so that pleadings, including possible motions to dismiss and/or transfer the matter may be filed.

5.      I have discussed the scheduling and other issues presented in this Joint Stipulation with Paul E. Rice's office and John S. Blackman, counsel for RDF and jointly for Brad Doskocil. Counsel for all parties join in this request for a continuance of the deadline for Defendants to respond to the First Amended Complaint.

6.      A previous extension of time to respond to the original Complaint was sought in this case and granted affording Defendants RBDM and Doskocil until January 8, 2007 to file responsive pleadings.

///

///

DECLARATION OF STEPHANIE SESSIONS PERKINS

1    7.    If the order the parties propose is granted, the requested continuance would have

2  the following effect on the schedule for this case.  The deadline for all Defendants' response to

3  the First Amended Complaint would be January 29, 2007.

4    I declare under the penalty of perjury and the laws of the United States that the foregoing

5  is true and correct and that this declaration was executed in Sacramento, California on this 8 day

6  of January 2008.

7

8    _____

9    STEPHANIE SESSIONS PERKINS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHANIE SESSIONS PERKINS