(SPACE BELOW FOR FILING STAMP ONLY)

**GRANTED**
*/s/ James Ware*
Judge James Ware

1/9/2008

Stephanie Sessions Perkins - Bar No. 131462
sperkins@cgdlaw.com
**CHAPMAN, GLUCKSMAN & DEAN**
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD
SUITE 800
P.O. BOX 64704
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX (310) 207-6550

Attorneys for Defendant, Rager, Bell, Doskocil, and Meyer and Brad Doskocil, CPA, Appearing Specially

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Steve Nerayoff,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Rager, Bell, Doskocil and Meyer, et al.,<br><br>    Defendant(s). | CASE NO.: C 07-03101 JW<br><br>1. JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE TO FIRST AMENDED COMPLAINT<br><br>2. [PROPOSED] ORDER |

### STIPULATION AND [PROPOSED] ORDER

NOW COME the Parties, Plaintiff Steven Nerayoff ("Plaintiff") and Defendants Rager, Bell, Doskocil and Meyer ("RBDM"), Rossi, Doskocil & Finkelstein, LLP ("RDF") and Brad Doskocil ("Doskocil")(all parties herein are collectively referred to as the "Parties"), by and through their counsel of record and as a stipulation in the above-referenced matter, state as follows:

1.  Defendants RBDM, RDF and Brad Doskocil appear specially before the Court in this Joint Stipulation and Request for the sole purpose stated herein and do not waive any and/or all objections that may be asserted as to venue. Further this stipulation is entered into and this

special appearance is made by RBDM, RDF and/or Doskocil's without any prejudice to RBDM, RDF and/or Doskocil's ability to bring a motion for an order dismissing this action and/or transferring this action on the grounds that venue in the Northern District is improper.

2. The Parties enter this stipulation and seek a continuance of the deadline to file their responsive pleadings to the First Amended Complaint previously due to be filed on January 8, 2008. The Parties seek an extension of RBDM, RDF and/or Doskocil's deadline to respond up to and including January 29, 2008. This stipulation is necessitated in part because Plaintiff's attorney, Paul Rice, has experienced a family emergency that has prevented the Parties from completing negotiations and furthering their mutual investigation of the facts in the matter. No Defendants have appeared in this action. This stipulation is entered into to permit Mr. Rice additional time to attend to personal matters and allow the Parties to continue in their joint efforts to investigate the facts and circumstances upon which this action is predicated in an effort to informally resolve issues regarding venue and pursue possible tolling agreements pending the outcome of related matters pending in the United States Tax Court and/or with the Internal Revenue Service.

3. These unexpected circumstances coupled with the need for further investigation into the facts, circumstances, and issues in this case merit a continuance of response date to the First Amended Complaint to January 29, 2008. Such time will afford the Parties a reasonable period of time to investigate the above-referenced matters to minimize the burden on the Court and, if they are not able to resolve these matters informally, to properly respond to the recently served First Amended Complaint and/or take other action to insure prompt and efficient resolution of this matter.

///

///

## STIPULATION

The Parties hereby stipulate and jointly request that:

1. The date for RBDM's, RDF's and Doskocil's response to the First Amended Complaint shall be extended to January 29, 2008.

///

///

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

3. The Parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.

DATED: January ___, 2008                    **CHAPMAN, GLUCKSMAN & DEAN**
                                            A Professional Corporation


                                            By: _____/s/_____
                                            Stephanie Sessions Perkins, Esq.
                                            Attorneys for Specially Appearing Defendants
                                            RBDM Rager Meyers Accountancy Corporation and
                                            Specially and Jointly for Defendant Brad Doskocil,
                                            CPA

DATED: January ___, 2008                    **FARBSTEIN & BLACKMAN**
                                            A Professional Corporation


                                            By: _____/s/_____
                                            John S. Blackman, Esq.
                                            Attorneys for Specially Appearing Defendant Rossi,
                                            Doskocil & Finkelstein and Specially and Jointly for
                                            Defendant Brad Doskocil, CPA

DATED: January ___, 2008                    **RICE & BRONITSKY**
                                            A Professional Corporation


                                            By: _____/s/_____
                                            Paul E. Rice, Esq.
                                            Attorneys for Plaintiff, Steven Nerayoff

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED:**
2  The Court reminds the parties of the scheduled Case Management Conference on February 25, 2008 at 10:00 AM.  The parties are to file a joint case managment statement by February 15, 2008.
3  DATED: January 9, 2008      _____
4                                            The Honorable James Ware
5                                            JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING RESPONSE DATE
TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER