RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650-289-9088
Facsimile: 650-289-9093
price@civlit.com

Attorneys for Plaintiff
STEVEN NERAYOFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NERAYOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>RAGER, BELL, DOSKOCIL and MEYER; ROSSI DOSKOCIL & FINKELSTEIN, LLP; and BRAD DOSKOCIL,<br><br>    Defendants. | Case No.: C-07-03101 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a), and further pursuant to stipulation between counsel for the parties, Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: February 13, 2008

**RICE & BRONITSKY**

By: /s/ Paul E. Rice
　　　Paul E. Rice
　　Attorneys for Plaintiff
　　　Steven Nerayoff

1

Notice of Voluntary Dismissal
Case No. C-07-03101 JW